**2003–1078. State v. Lutz.**

Cuyahoga App. No. 80241, 2003-Ohio-275. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

On motion to compel return of appellant's legal documents by appellee and postconviction discovery by subpoena duces tecum. Motion denied as moot.

PFEIFER, J., dissents.

**2003–1080. State v. Hill.**

Washington App. No. 01CA12, 2003-Ohio-1080. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–1099. State v. Ishmail.**

Hamilton App. No. C–020099. On motion for leave to file delayed appeal. Motion denied.

**2003–1119. Toledo v. Moore.**

Lucas App. No. L–02–1288, 2003-Ohio-2362. On motion for stay of court of appeals' judgment. Motion denied.

**2003–1124. State v. Rozier.**

Mahoning App. Nos. 96CA117 and 96CA121. On motion for leave to file delayed appeal. Motion denied.

**2003–1139. Berger v. Schwan's Sales.**

Summit App. No. 21493. On motion for stay of court of appeals' judgment. Motion denied.

O'DONNELL, J., would deny as moot.

**2003–1143. State v. Henderson.**

Lorain App. No. 02CA008052, 2003-Ohio-1470. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–1146. TranSouth Fin. Corp. v. Zaino.**

Board of Tax Appeals, No. 2003–T–250. On motion for admission pro hac vice of Peter O. Larsen, David E. Otero, and Cynthia Debula Baines by Edward J. Bernert. Motion granted.

**2003–1147. Non–Employees of Chateau Estates Resident Assn. v. Chateau Estates, Ltd.**

Clark App. No. 2002CA68, 2003-Ohio-2514. On motion for stay of court of appeals' judgment. Motion granted.

O'CONNOR and O'DONNELL, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2003–0729. Sekula v. Hartford Ins. Co.**

Cuyahoga App. No. 81295, 2003-Ohio-1160. Discretionary appeal allowed and cause held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502, and 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.